USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-23-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELIEVE SAS,

                  Plaintiff,

      v.

TRIPLAY, INC.,

                  Defendant.

No. 19-CV-8671 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed in today's conference, no later than November 6, 2020, the parties shall submit a joint letter informing the Court the status of settlement negotiations, whether the parties have agreed on a discovery schedule, and whether Plaintiff intends to amend the complaint in light of the contemplated Rule 12(c) motion.

SO ORDERED.

Dated:    October 23, 2020
             New York, New York

_____
Ronnie Abrams
United States District Judge