UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELIEVE SAS,<br><br>        Plaintiff,<br><br>   v.<br><br>EMUSIC.COM INC. and TRIPLAY, INC.,<br><br>        Defendants. | 19-CV-8671 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On January 14, 2021, the Court granted the parties a two-week extension to file their settlement agreement on the docket. To date, the parties have not done so. Accordingly, jurisdiction to enforce the settlement agreement has not been retained and the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: August 11, 2022
     New York, New York

                       Ronnie Abrams
                       United States District Judge